# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

AL KHAIY v. OBAMA        )     **Civil Case No. 05-1239 (RJL)**



## MEMORANDUM ORDER
(November 𝟡, 2009)

Petitioners Abbas Rumi, Ali Adel Motaleb Aweid Al Khaiy, and Ameur

Mammar filed habeas petitions with this Court to contest their detention by the

United States at Guantanamo Bay, Cuba. Since filing their petitions, however, all

have been transferred out of Guantanamo Bay and do not remain in the United

States' custody.[1] Therefore, their petitions are moot and no longer within the

jurisdiction of the Court. *See, e.g., Kiyemba v. Obama*, 569 F.3d 509, 515 (D.C.

Cir. 2009) (holding that *Munaf v. Geren*, 128 S. Ct. 2207 (2008), bars a district

court from entertaining habeas petitions of individuals held abroad by foreign

governments).

---

[1] The United States Government relinquished custody of Rumi and Al Khaiy on January 21, 2009, when it transferred them to the control of the Government of Iraq. Notice of Transfer of Petitioner, Rumi v. Obama, No. 06-619 [Dkt. 77]; Notice of Transfer of Petitioner, Al Khaiy v. Obama, No. 05-1239 [Dkt. 61]. Mammar was transferred out of United States custody and into the control of the Government of Algeria on October 8, 2008. Notice of Transfer of Petitioner, Mammar v. Obama, No. 05-573 [Dkt. 88].

Accordingly, it is hereby **ORDERED** that the habeas petitions of Abbas Rumi, Ali Adel Motaleb Aweid Al Khaiy, and Ameur Mammar are **DENIED** and their cases **DISMISSED** with prejudice.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge